**92–514.** Beckman v. Indian Hill Club, Inc. *Hamilton County*, No. C–910159. This cause is pending before the court on the filing of a cross-motion for an order directing the Court of Appeals for Hamilton County to certify its record. Upon consideration of appellee/cross-appellant's application to dismiss cross-appeal,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective June 23, 1992.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.